IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARVETTE WILLIAMS, | ) |
| | ) Case No. 8:09-cv-201 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NOTICE OF REMOVAL WITH |
| DAKOTA COUNTY BOARD OF | ) JURY DEMAND AND REQUEST |
| COMMISSIONERS, | ) FOR TRIAL IN OMAHA, NEBRASKA |
| DAKOTA COUNTY SHERIFF, | ) |
| DAKOTA COUNTY DEPARTMENT | ) |
| OF CORRECTIONS, RODNEY | ) |
| HERRON, | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Dakota County Board of Commissioners, Dakota County Sheriff, Dakota County Department of Corrections, and Rodney Herron, hereby remove to this Court the state court action described below.

1. On June 12, 2009, an action was commenced in the District Court of Dakota County, in Dakota City, Nebraska, entitled Charvette Williams, Plaintiff vs. Dakota County Board of Commissioners, Dakota County Sheriff, Dakota County Department of Corrections, Rodney Herron, Defendants, Case No. CI-09-159.

2. The Defendants otherwise received a copy of the Complaint setting forth the claim for relief upon which such action is based as contemplated in 28 U.S.C. §1446(b) on June 12 and June 13, 2009. This notice is timely.

3. A copy of all process, pleadings and orders received by the Defendants in the state court action are attached hereto as Exhibit "A."

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) and (c), in that it is a civil action involving federal questions arising under the Constitution and laws of the United States, although joined by one or more otherwise non-removable state law causes of action.

5. In her Complaint at Law, Plaintiff alleges that she is an employee of one or more of the Defendants and that her employer discriminated against her on the basis of gender and race, and that she was sexually harassed, in alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §1981, and 42 U.S.C. §1983.

6. All Defendants join in the request for removal and are represented by the undersigned counsel.

**JURY DEMAND AND REQUEST FOR TRIAL IN OMAHA, NEBRASKA**

7. The Defendants respectfully request trial by jury pursuant to NECivR 81.1 and Fed. R. Civ. P. 81(c), and request that trial be had in Omaha, Nebraska, pursuant to NECivR 40.1(b).

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the District of Nebraska and that trial be had on all triable issues in Omaha, Nebraska.

Dated this 19th day of June, 2009.

                                                DAKOTA COUNTY BOARD OF COMMISSIONERS, DAKOTA COUNTY SHERIFF, DAKOTA COUNTY DEPARTMENT OF CORRECTIONS, RODNEY HERRON, Defendants.

            BY: s/ Vincent Valentino
               Vincent Valentino, #14288
               CenterStone
               100 N. 12th St., Suite 200
               P.O. Box 84640
               Lincoln, NE 68501-4640
               (402) 742-9240
               (402) 742-9250 (fax)
               vv@windstream.net

## CERTIFICATE OF SERVICE

  I hereby certify that on June 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent the foregoing by regular mail, U.S. Postage prepaid to the following recipients:

Brian E. Buckmeier
701 Pierce Street, Suite 301
P.O. Box 5078
Sioux City, IA 51102-5078

Dewey P. Sloan, Jr.
P.O. Box 501
Le Mars, IA 51031

Valarie Danielson
District Court Clerk - Dakota County
P.O. Box 66
Dakota City, NE 68731

            By s/ Vincent Valentino
              Vincent Valentino, #14288