# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARVETTE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV201 |
| vs. | ) | |
| | ) | ORDER TO SHOW CAUSE |
| DAKOTA COUNTY BOARD OF COMMISSIONERS, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on June 22, 2009, a letter (Filing No. 4) was sent to

**Dewey P. Sloan**
**SLOAN LAW FIRM**
**P.O. Box 501**
**Le Mars, Iowa 51031**

from the Office of the Clerk directing that he register for admission to practice in this court, as required by NEGenR 1.7(d) or (f), and the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"), as required by NEGenR 1.3(a) and NEGenR 1.3 (b)(1).

As of the close of business on July 27, 2009, Mr. Sloan has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 14, 2009**, attorney Sloan shall register for admission to practice in this court and for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 28th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge