IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARVETTE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV201 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAKOTA COUNTY BOARD OF, COMMISSIONERS, DAKOTA COUNTY, DEPARTMENT OF CORRECTIONS, RODNEY HERRON, in his official capacity, and personally, COUNTY OF DAKOTA, NEBRASKA, and JAMES L. WAGNER, Dakota County Sheriff in his official capacity, and personally, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of plaintiff Charvette Williams for leave to file a second amended complaint (Filing No. 54) and the joint stipulation of counsel (Filing No. 57). The joint stipulation is approved.

**IT IS ORDERED:**

1. Plaintiff's motion for leave to file a second amended complaint (Filing No. 54) is granted. Plaintiff shall file her complaint **on or before March 24, 2010.**

2. Defendants shall have to **on or before April 13, 2010** in which to respond to the second amended complaint.

3. Defendant James L. Wagner, in both his individual and official capacities, is dismissed from this action without prejudice. The clerk shall terminate Defendant James L. Wagner on the docket.

4. The parties shall meet and confer and file their report pursuant to Fed.R.Civ.P. 26(f) **on or before April 19, 2010.**

DATED this 15th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge