IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARVETTE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | 8:09CV201 |
| ) | |
| v. ) | |
| ) | |
| COUNTY OF DAKOTA, NEBRASKA, ) | ORDER |
| and RODNEY HERRON, in his official ) | |
| capacity and personally, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion. It has come to the court's attention that the fees for the time counsel spent responding to the defendant's objection to her application for fees was not included in the court's judgment for attorney fees. Plaintiff has shown that 10 hours were expended. The court finds that amount of time is reasonable. For the reasons stated in the court's earlier order, the court finds that $250.00 per hour is a reasonable rate. Accordingly,

IT IS ORDERED that a supplemental judgment in the amount of $2,500.00, representing 10 additional hours of work at the rate of $250.00 per hour will be entered this date.

DATED this 12th day of November, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Court Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.