IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARVETTE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV201 |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF DAKOTA, NEBRASKA, and RODNEY HERRON, in his official and individual capacities, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ALANA CRUTCHER-SANCHEZ, f/k/a Alana Smith, | ) ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV288 |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF DAKOTA, NEBRASKA, and RODNEY HERRON, in his official and individual capacities, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on October 26, 2012. Following a discussion with counsel,

**IT IS ORDERED**:

1. Any motion to consolidate these cases for trial shall be filed on or before **November 6, 2012**. Any response to such motion shall be filed by **November 13, 2012**.

2. Any motion to bifurcate any issue for trial in either case shall be filed by **November 6, 2012**. Any response shall be filed by **November 13, 2012**.

3. Plaintiffs shall have to **November 6, 2012**, in which to file a response to defendants' motions to dismiss (Filing No. 196 in 8:09CV201 and Filing No. 197 in 8:09CV288).

4. Plaintiffs shall have to **November 6, 2012**, in which to respond to defendants'

objections and motions to strike plaintiff's supplemental expert designation (Filing No. 198 in 8:09CV201 and Filing No 199 in 8:09CV288).

     5.    Defendants shall have to **November 9, 2012**, in which to file a reply to plaintiffs' responses set forth in paragraphs three and four above.

     6.    The court will hold a telephone conference with counsel for all parties on **November 14, 2012, at 10:30 a.m.**  Counsel for the plaintiffs shall initiate the telephone conference.

DATED this 29th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge