IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARVETTE WILLIAMS, | Case No. 8:09CV201 |
| Plaintiff, | ORDER |
| vs. | TO WITHDRAW EXHIBIT |
| RODNEY HERRON, et al, | |
| Defendants. | |

Pursuant to NECivR 79.1(f) , counsel for defendants shall withdraw the following exhibit previously submitted in this matter within 14 calendar days of the date of this order:

**Defendants' Sealed Exhibit A regarding Spencer Fane Report (see Order, Filing No. 126)**

IT IS SO ORDERED.

DATED this 23rd day of December, 2013.

s/ Joseph F. Bataillon
United States District Judge